UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:

SUSAN MARIA RABORN  CASE NO. 15-10938
    DEBTOR  CHAPTER 7

SUSAN MARIA RABORN
    PLAINTIFF

VERSUS  ADV. NO. 15-1085

KID MED NORTH/H2R2, INC., ET AL
    DEFENDANTS

## MEMORANDUM TO RECORD
## FOLLOWING STATUS CONFERENCE

A status conference was held Tuesday, December 27, 2016, pursuant to the court's December 21, 2016 order (P-90). Attending were

    Martin Schott, Trustee
    Evan Park Howell, III, Attorney for Defendants James Muller and Betsy Muller
    Robert Angelle, Attorney for Defendant Pedicons, Inc.
    Susan Maria Raborn, Debtor

Mr. Schott discussed the status of his investigation and negotiations concerning both the Nineteenth Judicial District Court litigation and adversary proceeding relating to the transfers that are the subject of state court proceedings. The court raised with counsel the importance of keeping the state court informed of developments in the bankruptcy proceeding.

Baton Rouge, Louisiana, December 27, 2016.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE